421 A.2d 207

**Catherine A. NUTTALL and Edmund Nuttall, husband and wife, Appellants,**

v.

**THOROFARE MARKETS, INC., Appellee.**

Supreme Court of Pennsylvania.

Argued Sept. 25, 1980.

Decided Nov. 3, 1980.

Paul F. Laughlin, Pittsburgh, for appellants.

James F. Malone, III, Pittsburgh, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

O'BRIEN, C. J., and FLAHERTY, J., did not participate in the consideration or decision of this case.